IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BAMFORD, INC., a Nebraska business corporation;<br><br>        Plaintiff,<br><br>  vs.<br><br>REGENT INSURANCE COMPANY, both Wisconsin business corporations, GENERAL CASUALTY INSURANCE COMPANY OF WISCONSIN, both Wisconsin business corporations;<br><br>        Defendants. | 8:13CV200<br><br><br>ORDER |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 15).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Monday, January 13, 2014, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

Dated this 16th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court