IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BAMFORD, INC., a Nebraska business corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV200 |
| v. | ) ) | |
| REGENT INSURANCE COMPANY and GENERAL CASUALTY INSURANCE COMPANY OF WISCONSIN, both Wisconsin business Corporations, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

      This matter is before the Court on the stipulation and dismissal of General Casualty Insurance Company of Wisconsin (Filing No. 41).  The Court finds the stipulation should be approved and adopted.  Accordingly,

      IT IS ORDERED:

      1) The stipulation is approved and adopted.

      2) Defendant General Casualty Insurance Company of Wisconsin is dismissed from this action without prejudice.

      DATED this 1st day of April, 2014.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court