IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BAMFORD, INC., a Nebraska business corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV200 |
| v. | ) ) | |
| REGENT INSURANCE COMPANY, a Wisconsin business corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiff's motion to amend complaint (Filing No. 89). No objections have been filed, and the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to amend complaint is granted; plaintiff shall have until October 10, 2014, to file its amended complaint.

DATED this 3rd day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court