IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BAMFORD, INC., a Nebraska business corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV200 |
| v. | ) ) | |
| REGENT INSURANCE COMPANY, a Wisconsin business corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendant's motion to file restricted documents (Filing No. 96). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to file documents as restricted is granted. Defendant's exhibits shall remain restricted pending further order of the Court.

DATED this 16th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court