IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BAMFORD, INC., a Nebraska business corporation, ) ) ) | | |
| Plaintiff, ) ) | 8:13CV200 | |
| v. ) ) | | |
| REGENT INSURANCE COMPANY, ) a Wisconsin business ) corporation, ) ) | ORDER | |
| Defendant. ) _____) | | |

This matter is before the Court on defendant's motion for leave to file documents with restricted access in support of defendant's motion for summary judgment on all remaining issues (Filing No. 108). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to file documents as restricted is granted. Defendant's exhibits shall remain restricted pending further order of the Court.

DATED this 4th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court