```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

BAMFORD, INC., a Nebraska    )
business corporation,        )
                             )
              Plaintiff,     )       8:13CV200
                             )
       v.                    )
                             )
REGENT INSURANCE COMPANY,    )       MEMORANDUM AND ORDER
a Wisconsin business         )
corporation,                 )
                             )
              Defendant.     )
_____)
```

This matter is before the Court on cross motions *in limine* (Filing No. 136 and Filing No. 137) regarding video-tape deposition designations. The Court finds as follows:

**Plaintiff's Objections:**

    **1) Stephen Ahl (April 16, 2014)**

The Court will sustain the objections to the following sections: 31:14-21; 53:16-54:13. The remaining objections will be overruled.

    **2) Stephen Ahl (May 8, 2014)**

The Court will sustain the objections to the following sections: 27:10-28:10,[1] 35:5-22, 40:2-41:24. The remaining objections will be overruled.

---

[1] The Court notes the plaintiff objected to 27:6-28:10. *See* Filing No. 136, at 1. The Court will overrule the plaintiff's objections as to 27:6-27:9 and will sustain the objections to 27:10-28:10. The Court inserted an asterisk behind other partially sustained sections.

**3) Brian Nolan (Volume I)**

The Court will sustain the objections to the following sections: 63:25-64:3, 173:19-175:9.  The remaining objections will be overruled.

**4) Brian Nolan (Volume II)**

The Court will sustain the objections to the following sections:  408:9-22, 413:11-414:22,* 459:18-466:23, 480:15-481:2.  The remaining objections will be overruled.

**Defendant's Objections:**

**1) Matthew Morrison (March 5, 2014)**

The Court will sustain the objections to the following sections:  11:13-14:22,[2] 16:18-17:24, 18:19-21:07, 42:7-43:12, 45:24-47:20, 139:19-141:14.  The remaining objections will be overruled.

**2) Matthew Morrison (May 6, 2014)**

The Court will sustain the objections to section 82:3-97:7.  The remaining objections will be overruled.

**3) Matthew Valley (May 6, 2014)**

The Court will sustain the objections to the following sections:  50:9-12, 54:13-56:19.  The remaining objections will be overruled.

---

[2] The Court notes the defendant objected to 11:13-14:23. *See* Filing No. 137, at 1.  The Court believes the defendant's objection to line 23 of page 14 is in error because it seeks to omit a single line of a multiple-line question which exceeds the objection of the defendant.

**4) Wesley Robin (April 25, 2014).**

The Court will sustain the objections to the following sections: 94:6-9, 104:10-105:18, 127:15-131:23, 135:17-136:2, 160:11-17, 167:2-18, 168:12-20, 168:22-169:15, 170:11-171:8, 180:5-14, 180:16-181:20, 186:12-190:9, 192:11-18, 197:24-198:14. The remaining objections will be overruled.

**5) Stephen Ahl (Vol. I April 16, 2014)**

The Court sustains the objections to the following sections: 10:22-11:04, 18:15-24, 27:08-28:09, 41:23-42:03, 46:18-22, 52:04-22, 53:10-15, 56:08-17, 58:23-59:17,* 77:07-13, 79:06-08,* 80:20-81:05, 84:07-85:04, 94:14-17. The remaining objections will be overruled.

**6) Stephen Ahl (Vol. II May 8, 2014)**

The Court will sustain the objections to the following sections: 7:15-20, 8:06-22, 10:20-11:01, 12:05-22, 18:17-19:03, 21:09-12, 30:03-15, 35:23-36:18, 36:23-37:17, 37:8-10. The remaining objections will be overruled.

**7) Brian Nolan (Vol. I, April 15-16, 2014)**

The Court will sustain the objections to the following sections: 36:01-37:12, 66:03-66:25, 67:13-67:22, 81:16-81:22, 82:13-83:01, 91:08-23, 95:17-97:9, 99:16-100:03, 101:2-7, 101:19-102:13, 123:18-124:02, 143:25-145:19, 157:21-158:7, 170:14-17, 172:7-173:2, 176:19-177:4, 209:12-210:07, 219:19-23, 232:09-23, 238:11-239:19, 241:08-242:10, 243:15-243:25, 245:22-246:7, 246:16-247:1, 248:2-24, 248:25-250:5, 251:12-18, 308:22-309:24, 317:12-318:14, 320:08-321:21, 322:04-24,

323:01-23, 325:25-326:6, 328:13-330:23, 331:22-332:16, 341:21-342:07, 349:22-350:08.  The remaining objections will be overruled.

**8) Brian Nolan (Vol. II, May 8, 2014)**

The Court will sustain the objections to the following sections:  373:24-378:23, 392:05-393:04, 405:11-19, 488:23-489:23.  The remaining objections will be overruled.

IT IS ORDERED that the parties shall edit the videotape depositions in accordance with the rulings set forth above.

DATED this 5th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court