```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA


BAMFORD, INC. a Nebraska business)
Corporation,                     )         8:13CV200
          Plaintiff,             )
                                 )         JUDGMENT
     v.                          )
                                 )
REGENT INSURANCE COMPANY, both   )
Wisconsin business corporations, )
                                 )
          Defendant              )
```

This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, Bamford, Inc., and against Defendant, Regent Insurance Company, in the amount of $2,037,754.33 together with the Plaintiff's costs herein.

Dated this 10th day of February, 2015.

                              DENISE M. LUCKS
                              Clerk of Court


                         By: s/ Mary Roundtree
                              Deputy Clerk