IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| BAMFORD, INC., a Nebraska business corporation, ) ) ) | |
| Plaintiff, ) ) | 8:13CV200 |
| v. ) ) | |
| REGENT INSURANCE COMPANY, a Wisconsin business corporation, ) ) ) ) | ORDER |
| Defendant. ) _____) | |

      This matter is before the Court on plaintiff's motion to extend brief deadline (Filing No. 187).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that plaintiff's motion to extend brief deadline is granted.  Plaintiff shall have until April 3, 2015, to file a brief in response to defendant's motions for a new trial and for judgment as a matter of law.

      DATED this 30th day of March, 2015.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court