IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| BAMFORD, INC., a Nebraska business corporation, ) ) ) | |
| Plaintiff, ) ) | 8:13CV200 |
| v. ) ) | |
| REGENT INSURANCE COMPANY, ) a Wisconsin business ) corporation, ) ) | ORDER |
| Defendant. ) _____) | |

This matter is before the Court on the notice of satisfaction of judgment (Filing No. 212). The Court notes the judgment has been satisfied and plaintiff's request for release of the supersedeas bond should be granted. Accordingly,

IT IS ORDERED that the supersedeas bond in the amount of $2,100,000 (Filing No. 178) is released and the principal and surety are discharged.

DATED this 15th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court