IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BAMFORD, INC., a Nebraska business corporation;<br><br>    Plaintiff,<br><br>  vs.<br><br>REGENT INSURANCE COMPANY, both Wisconsin business corporations;<br><br>    Defendant. | 8:13CV200<br><br>**ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

  Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

  (Exhibit numbers 6, 10, 12, 15, 15a, 15b, 16, 19-23, 27, 29-30, 36, 40, 51, 53-56, 58-59, 61-64, 66-73, 96, 111, 112-115, 119, 122, 130 / Jury Trial / January 26-30 and February 2, 2015)

  If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

  IT IS SO ORDERED.

  Dated this 3rd day of March, 2017.

                BY THE COURT:

                /s/ Lyle E. Strom
                LYLE E. STROM, Senior Judge
                United States District Court